IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH DICKINSON, | § | |
| | § | |
| Defendant Below, | § | No. 91, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0901009990A |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 8, 2016
Decided: April 29, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 29th day of April 2016, upon consideration of the appellant's opening brief, the State's motion to affirm, and the record, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated February 15, 2016. The Superior Court did not err in concluding that the appellant's second motion for postconviction relief was procedurally barred by Superior Court Criminal Rule 61(d)(2) and that the motion failed to satisfy the pleading requirements of Superior Court Criminal Rule 61(d)(2)(i) or 61(d)(2)(ii) in order to overcome the procedural bar.

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice